IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-02265-RPM-MJW

DALE TENNY

    Plaintiff,

v.

BOULDER SCIENTIFIC COMPANY,

    Defendant,

---

ORDER DENYING DEFENDANT'S MOTION TO CLARIFY
AND STAY JUDGMENT AND FOR FORTHWITH HEARING

---

On August 3, 2005, defendant Boulder Scientific Company filed a motion, requesting that the court clarify the judgment entered on July 27, 2005. That judgment was entered by the clerk pursuant to Fed. R. Civ. P. 68, upon the plaintiff's acceptance of the defendant's second offer of judgment and is consistent with the terms of the defendant's offer of judgment. Upon entry of judgment the plaintiff's claims against the defendant in this action merged into the judgment. The preclusive effect of the judgment is not a matter for determination by this court in this action.

For the reasons state herein, it is

ORDERED that the defendant's motion to clarify and stay judgment and for forthwith hearing is denied.

Dated: August 5, 2005

BY THE COURT:

/s/ Richard P. Matsch

---

Richard P. Matsch, Senior District Judge