IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02265-RPM-MJW

DALE TENNY,

    Plaintiff(s),

v.

BOULDER SCIENTIFIC COMPANY,

    Defendant(s).

---

### ORDER DENYING PLAINTIFF'S MOTION TO ENFORCE JUDGMENT

---

On August 24, 2005, plaintiff filed a motion to enforce judgment.  The motion is procedurally inappropriate.  The process to enforce a judgment for payment of money is provided under Fed.R.Civ.P. 69.  It is therefore

ORDERED that the motion is denied.

Dated: August 25, 2005

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge